UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| REBEKAH CARUTHERS,<br>　　　　　Plaintiff,<br>　vs.<br><br>PORTFOLIO RECOVERY ASSOCS., LLC.,<br>　　　　　Defendants. | Case No. 1:12-cv-01712-GK<br><br>Judge Gladys Kessler |

## JOINT PRAECIPE REGARDING SETTLEMENT STATUS

　　　　Pursuant to the Court's Order of March 1, 2013, counsel for the Plaintiff and Defendant hereby submit to the Court this Joint Praecipe regarding the status of settlement negotiations:

　　　　On March 1, 2013, the Court granted the parties until March 4, 2013 to conduct settlement negotiations prior to entering a scheduling order;

　　　　On March 4, 2013, the parties reached a settlement agreement in this matter.  The parties are finalizing settlement details and anticipate filing a stipulation to dismiss the matter in the near future.  The parties do not believe it is necessary for the court to enter a scheduling order in this matter.
Respectfully Submitted,


DATED: March 5, 2013


By: /s/ Reid D. Henderson
Reid D. Henderson, Esq. (Bar No. 497514)
RDH Law, P.C.
1425 K St NW #350
Washington, DC 20005
reid@rdhlawpc.com
Telephone: 202-670-9129
*Attorneys for Plaintiff*
Rebekah Caruthers


DATED: February 28, 2013


By: /s/ Donald S. Maurice, Jr.
Donald S. Maurice, Jr. (Bar No. 1004415)
MAURICE & NEEDLEMAN, P.C.
5 Walter E. Foran Blvd., Suite 2007
 Flemington, NJ 08822
(908) 237-4570
(908) 237-4551
dsm@mnlawpc.com
*Attorney for Defendant*

Portfolio Recovery Associates, LLC