UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **REBEKAH CARUTHERS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 12-1712 (GK) |
| | : | |
| **PORTFOLIO RECOVERY ASSOCS., LLC,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

The Parties have reported to the Court that they have reached a settlement in this matter and are now finalizing settlement details [Dkt. No. 14]. A Stipulation of Dismissal should be filed **no later than April 1, 2013**.


March 5, 2013                              /s/
                                           Gladys Kessler
                                           United States District Judge

**Copies via ECF to all counsel of record**