## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **REBEKAH CARUTHERS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 12-1712 (GK)** |
| | : | |
| **PORTFOLIO RECOVERY ASSOCS., LLC,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

On March 15, 2013, the Parties informed the Court that they had reached a settlement in this case [Dkt. No. 14]. They were Ordered to file a Stipulation of Dismissal no later than April 1, 2013 [Dkt. No. 15]. No such Stipulation has been filed. Based upon the Parties' representations that they have reached a settlement, it is this 5th day of April, 2013, hereby

**ORDERED**, that this case is **dismissed with prejudice**.

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**